UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Thelda Adams, et al.<br><br>   Plaintiffs,<br><br>v.<br><br>Indevus Pharmaceuticals, Inc., et al.<br><br>   Defendants. | CIVIL ACTION<br>NO. 04-11283 GAO |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Certified Copies of Middlesex Superior Court docket and pleadings.

The original documents are maintained in the case file in the Clerk's Office.

Dated: June 25, 2004                    /s/ Janice W. Howe
                                        William A. McCormack  BBO #329580
                                        Janice W. Howe BBO #242190
                                        David Yamin BBO #562216
                                        Bingham McCutchen LLP
                                        150 Federal Street
                                        Boston, MA  02110
                                        (617) 951-8000
                                        *Counsel for Defendants Wyeth and*
                                        *Wyeth Pharmaceuticals, Inc.*

LITDOCS/556885.1