UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THELDA ADAMS, JUDY ADAMS,                      :
BRUNETTA ADAMS, ANTHONY ALISE, JR.,            :
ESSIE ASHFORD, JEANETTE AUCOIN,                :
CYNTHIA AUSTIN-LYON, PHYLLIS AYERS,            :
TERRY BABIN, DORIS BAGBY, KIMBERLY             :
BANKS, ROSALIND BARROW, NANCY                  :
BAUTE, CONNIE BEARD, MARILYN BECK,             :
MARY BECNEL, JACKIE BELL, MURLINE              :
BELLARD, BONNIE BERTRAND, LINDA                :
BLANCHARD,                                     :
                                               :
        Plaintiffs.                            :   Civil Action
v.                                             :   No. 04-11283-GAO
                                               :
INDEVUS PHARMACEUTICALS, INC., F/K/A           :
INTERNEURON PHARMACEUTICALS, INC.;             :
WYETH, INC., F/K/A AMERICAN HOME               :
PRODUCTS CORPORATION; WYETH                    :
PHARMACEUTICALS, INC F/K/A WYETH-              :
AYERST PHARMACEUTICALS, INC., A                :
DIVISION OF AMERICAN HOME PRODUCTS             :
CORPORATION; AND BOEHRINGER                    :
INGELHEIM PHARMACEUTICALS, INC.,               :
                                               :
        Defendants.                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 30, 2004                    Respectfully submitted,
   Boston, Massachusetts

                                        /s/Matthew J. Matule
                                        Matthew J. Matule (BBO #632075)
                                        SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP
Of Counsel:                             One Beacon Street
Barbara Wrubel                          Boston, Massachusetts 02108
Katherine Armstrong                     (617) 573-4800
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                          Counsel for Defendant
                                        Boehringer Ingelheim Pharmaceuticals, Inc.